FILED
U.S. DISTRICT COURT
SAVANNAH

2013 MAR 11 AM 9:

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
### STATESBORO DIVISION

| | |
|---|---|
| SUBODHCHANDRA T. PATEL, | |
| Plaintiff, | |
| v. | CIVIL ACTION NO.: CV612-105 |
| BRIAN OWENS; BRUCE CHATMAN; and JANET BREWTON, | |
| Defendants. | |

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's claims against Defendants Brian Owens and Bruce Chatman are **DISMISSED**. Plaintiff's access to the courts claim is also **DISMISSED**. Plaintiff's retaliation claim against Defendant Brewton remains pending.

SO ORDERED, this 11th day of March, 2013.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)