IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| SUBODHCHANDRA T. PATEL, | |
| Plaintiff, | CIVIL ACTION NO.: CV612-105 |
| v. | |
| JANET BREWTON, | |
| Defendant. | |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 82), to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court.

Defendant's unopposed Motion for Summary Judgment, (doc. 76), is **GRANTED**. Plaintiff's Complaint, brought pursuant to 42 U.S.C. §1983, is **DISMISSED**. Furthermore, for the reasons set forth in the Magistrate Judge's Report and Recommendation, the Court **DENIES** Plaintiff leave to appeal *in forma pauperis*. The Clerk of Court is hereby authorized and directed to **CLOSE** this case and to enter an appropriate judgment of dismissal.

**SO ORDERED**, this 21st day of August, 2015.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA